# United States Court of Appeals
## For the First Circuit

No. 11-8017

IN RE: MCKESSON GOVERNMENTAL ENTITIES
AVERAGE WHOLESALE PRICE LITIGATION,

ANOKA COUNTY, MINNESOTA, ET AL.,

Plaintiffs, Respondents,

v.

MCKESSON CORPORATION,

Defendant, Petitioner.

Before

Torruella, Boudin and Thompson,
<u>Circuit Judges</u>.

JUDGMENT

Entered: May 13, 2011

    The petition and cross-petition for permission to appeal under Fed. R. Civ. P. 23(f) are <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
James P Bennett
Steve W. Berman
R. Jack Cinquegrana
Jennifer F. Connolly
Paul Flum
Robert S. Frank Jr.
Melvin R. Goldman
Daniel A. Kotchen
Daniel Low
Mitchell J. Matorin
Matthew Joseph Matule
Stuart H. McCluer
R. Bryant McCulley
Carl F. Muller
Andrew Hoyt Rowell
Lori A. Schechter
Thomas M. Sobol
James L. Ward Jr.
Robert S. Wood
Joseph H. Zwicker